No. 682. INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA ET AL. v. ALASKA PACKERS ASSOCIATION. January 28, 1924. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. Warren H. Pillsbury* for petitioners. No appearance for respondent.

No. 681. INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA ET AL. v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY LIMITED. January 28, 1924. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. Warren H. Pillsbury* for petitioners. *Mr. Hampton Hoge* for respondent.

No. 713. WESTMORELAND BREWING COMPANY, INC., ET AL. v. UNITED STATES. January 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. B. B. McGinnis* and *Mr. John Duggan, Jr.,* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 719. M. M. HOPKINS, TRUSTEE, ETC. v. EQUITABLE TRUST COMPANY OF NEW YORK. January 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frederick T. Saussy* for petitioner. *Mr. Max Isaac* for respondent.

No. 720. MATTHEW M. HOPKINS, TRUSTEE, ETC. v. NATIONAL SHAWMUT BANK OF BOSTON ET AL. January 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frederick T. Saussy* for petitioner. *Mr. William L. Clay* for respondents.